**Order filed December 15, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00831-CR

_____

**JORGE ALBERTO GARIVALDI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1309850**

# O R D E R

The reporter's record in this case was due November 21, 2011 *See* Tex. R. App. P. 35.2. Janet Ragan has not filed the reporter's record. Janet Ragan has not filed an extension of time to file the reporter's record. We therefore issue the following order.

We order **Janet Ragan** to file the record in this appeal on or before **January 17, 2012**.

PER CURIAM